**76**

Terry Lynn COMBS, an Infant 11 Years of Age, Suing By and Through his Father and Next Friend, Everett Combs

v.

LOUISVILLE AND NASHVILLE RAILROAD COMPANY, a corporation.

Court of Appeals of Kentucky.

Feb. 2, 1973.

H. B. Noble and C. A. Noble, Jr., Hazard, for appellant.

Reeves, Barret, Cooper & Ward, Hazard, Charles Landrum, Jr., Landrum & Patterson, Lexington, James M. Terry, Wandaleen Poynter, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner GEORGE F. WILLIAMSON, Affirming.*

C. W. CONKWRIGHT, father, and next friend of Charles T. Conkwright, a minor Under 18 Years of Age, and Charles T. Conkwright

v.

Judy WEEDMAN, and Weedman Motor Company, Inc.

Court of Appeals of Kentucky.

Feb. 2, 1973.

Carmol D. Cook, Hartford, for appellants.

Bartlett, McCarroll & Nunley, Owensboro, for appellees.

Memorandum Opinion of the Court by Special Commissioner MICHAEL M. HELLMAN, Affirming.*

* Opinion ordered not to be published.